# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

NATHAN PATRICK BENORE,

    Plaintiff,

v.                                                               Case No. 3:22cv6064-MCR-HTC

SERGEANT HILL, et al.,

    Defendants.

_____/

## **ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 24, 2024 (ECF No. 106). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation (ECF No. 106) is adopted and incorporated by reference in this Order.

2.	Defendants' motion for summary judgment (ECF No. 76) is GRANTED.

3.	The clerk shall enter judgment in favor of Defendants and close the file.

**DONE AND ORDERED** this 14th day of March 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**